UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SACV 15-1324 (KS)                                       Date: December 7, 2015

Title      *Jonathan Elliot Higgens v. Sheriff Sandra Hutchens et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | C/S |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 7, 2015, the Court dismissed Plaintiff's First Amended Complaint with leave to amend and ordered Plaintiff to file a Second Amended Complaint no later than November 9, 2015 if he wanted to pursue this action. That deadline lapsed 28 days ago, and Plaintiff has not communicated with the Court about his case since September 28, 2015.

Accordingly, the Clerk is directed to attach to this Order the Court's October 7, 2015 Order, and **Plaintiff is ORDERED TO SHOW CAUSE, on or before December 22, 2015, why this action should not be dismissed for failure to prosecute and comply with court orders.**

**Plaintiff's failure to timely respond to this order and establish good cause for his failure to comply with the October 7, 2015 order may result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | rh |