JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOT HIGGINS, <br>       Plaintiff, <br>   v. <br> SHERIFF SANDRA HUTCHENS, et al., <br>       Defendants. | NO. SACV 15-1324-DOC (KS) <br><br> JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 31, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE